# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Senechal, Alice R. | 2. Court or Organization<br><br>District of North Dakota (NE) | 3. Date of Report<br><br>05/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Part-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>PO Box 5576<br>Grand Forks, ND 58206-5576 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee, Shareholder, President | Robert Vogel Law Office, P.C. |
| 2. | North Dakota Board of Law Examiners | Member |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Note | Robert Vogel Law Office, P.C., employee compensation | $23,080.00 |
| 2. | Note | University of North Dakota, employee compensation | $7,000.02 |
| 3. | Note | North Dakota Board of Law Examiners, member per diem | $825.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Robert Vogel Law Office, P.C. | 1/12 | Fargo, ND | Litigation activity | Transportation |
| 2. | Robert Vogel Law Office, P.C. | 1/13 | Fargo, ND | Litigation activity | Transportation |
| 3. | Robert Vogel Law Office, P.C. | 1/14 | Fargo, ND | Litigation activity | Transportation |
| 4. | Robert Vogel Law Office, P.C. | 1/17 | Fargo, ND | Litigation activity | Transportation |
| 5. | Robert Vogel Law Office, P.C. | 1/27 - 1/28 | Albuquerque, NM | Litigation activity | Transporation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Senechal, Alice R. | 05/09/2012 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Robert Vogel Law Office, P.C. | 2/16 | Fargo, ND | Litigation activity | Transportation |
| 7. | National Conference of Bar Examiners | 4/28 - 5/1 | San Francisco, CA | Conference | Transportation, lodging, meals |
| 8. | Robert Vogel Law Office, P.C. | 9/5 - 9/6 | Minneapolis, MN | Litigation activity | Transportation, lodging, meals |
| 9. | Robert Vogel Law Office, P.C. | 10/14 | Carrington, ND | Litigation activity | Transportation |
| 10. | Robert Vogel Law Office, P.C. | 10/25 | Cavalier, ND | Litigation activity | Transportation |
| 11. | Robert Vogel Law Office, P.C. | 11/30 - 12/1 | Duluth, MN | Litigation activity | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gate City Bank Accounts | C | Interest | M | T | | | | | |
| 2. Alerus Diversified Bond Fund | B | Dividend | | | Sold | 01/03/11 | L | C | |
| 3. Alerus Common Stock Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 4. Alerus International Stock Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 5. Alerus Global Strategies | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 6. MFS Mass. Inv. Growth Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 7. Pimco High Yield Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 8. Fidelity Diversified International Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 9. Fidelity Ad. Value Strategy Fund | A | Dividend | | | Sold | 01/03/11 | K | D | |
| 10. Alliance Berenstein Strategic Balanced Fund | A | Dividend | | | Sold | 03/04/11 | L | A | |
| 11. Hewlett Packard, f/k/a, Compaq Computer Corp Common Stock | A | Dividend | J | T | | | | | |
| 12. Robert Vogel Law Office, P.C., Stock | | None | J | U | | | | | |
| 13. Real Estate, McHenry County, ND | C | Rent | M | W | | | | | |
| 14. Thrivent Financial Life Insurance Policy | | None | K | T | | | | | |
| 15. Thrivent Large Cap Stock Fund | A | Dividend | J | T | | | | | |
| 16. Thrivent Real Estate Securities Portfolio | A | Dividend | | | Sold | 03/21/11 | K | B | |
| 17. United States Savings Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TD Waterhouse MMF Municipal Portfolio | A | Dividend | J | T | | | | | |
| 19. ISHARES Trust | A | Dividend | J | T | | | | | |
| 20. Federated Total Ret. Bond Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 21. Vanguard Total Stock Index Fund | A | Dividend | K | T | | | | | |
| 22. Vanguard 500 Index Fund | A | Dividend | | | Sold | 01/03/11 | K | C | |
| 23. DFA Emerging Markets Core Equity Fund | B | Dividend | K | T | | | | | |
| 24. DFA International Sustainability Care 1 Fund | B | Dividend | K | T | | | | | |
| 25. DFA US Targeted Value Portfolio | B | Dividend | K | T | | | | | |
| 26. Vanguard International Value Fund | A | Dividend | L | T | Buy | 03/11/11 | L | | |
| 27. Vanguard REIT Index Fund Admiral Shares | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 28. Mission Investment Fund (X) | A | Interest | K | T | | | | | |
| 29. Bremer Income Model Fund | A | Dividend | | | Buy | 01/03/11 | L | | |
| 30. | | | | | Sold | 02/22/11 | L | A | |
| 31. Bremer Growth Model Fund | A | Dividend | | | Buy | 01/03/11 | K | | |
| 32. | | | | | Sold | 02/22/11 | K | A | |
| 33. Federated Max Cap Index Fund SS | A | Dividend | | | Buy | 01/03/11 | K | | |
| 34. | | | | | Sold | 02/22/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Forty Fund R | A | Dividend | | | Buy | 01/03/11 | K | | |
| 36. | | | | | Sold | 02/22/11 | K | A | |
| 37. Oppenheimer Global Opportunities Fund N | A | Dividend | | | Buy | 01/03/11 | L | | |
| 38. | | | | | Sold | 02/22/11 | L | A | |
| 39. American Funds EuroPacific Growth Fund R4 | A | Dividend | | | Buy | 01/03/11 | K | | |
| 40. | | | | | Sold | 02/22/11 | K | A | |
| 41. American Century Equity Income - A | D | Dividend | L | T | Buy | 02/22/11 | L | | |
| 42. T.Rowe Price Total Equity Market Index | D | Dividend | M | T | Buy | 02/22/11 | M | | |
| 43. Federated High Yield Trust SS | B | Dividend | K | T | Buy | 02/22/11 | K | | |
| 44. Federated Total Return Bond Svc | B | Dividend | M | T | Buy | 02/22/11 | M | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Line 1, 1/1/2011 - 12/31/2011
Part III, Line 2, 6/1/2011 - 9/15/2011
Part III, Line 3, 1/1/2011 - 12/31/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544